834

No. 43, Misc. POWELL v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se*. *C. Donald Robertson*, Attorney General of West Virginia, and *George H. Mitchell* and *Andrew J. Goodwin*, Assistant Attorneys General, for respondent.

No. 45, Misc. WILLIAMS v. BLACKWELL, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox*, *Assistant Attorney General Marshall*, *Harold H. Greene* and *Isabel L. Blair* for respondent.

No. 46, Misc. FRANKFURTER v. CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se*. *Stanley Mosk*, Attorney General of California, and *Robert R. Granucci* and *John S. McInerny*, Deputy Attorneys General, for respondent.

No. 50, Misc. SOSTRE v. WILKINS, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 71, Misc. MILLER v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox*, *Acting Assistant Attorney General Guilfoyle* and *John G. Laughlin, Jr.* for the United States et al.

No. 73, Misc. HOLIDAY v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox*, *Assistant Attorney General Miller*, *Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 76, Misc. CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.